Alfred G. Rava (SBN 188318)
RAVA LAW FIRM
3667 Voltaire Street
San Diego, CA 92106
Tel: 619-238-1993
Fax: 619-374-7288
Email: alrava@cox.net

Attorney for Plaintiffs Fuiolevaga Riddick and David Pacheco and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRIC OF CALIFORNIA

| | |
|---|---|
| FUIOLEVAGA RIDDICK and DAVID PACHECO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED AIRLINES, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:20-cv-02148-H-KSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), plaintiffs Fuiolevaga Riddick and David Pacheco and or their counsel, give notice the above-captioned action is voluntarily dismissed against all defendants.

DATED: November 18, 2020        RAVA LAW FIRM

                                By: /s/ Alfred G. Rava
                                    Alfred G. Rava
                                    Attorney for Plaintiffs